UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:21-cv-02639-VMC-CPT

CAMERON TIDWELL,

    Plaintiff,

v.

MERCHANTS ASSOCIATION
COLLECTION DIVISION, INC. d/b/a
SHERLOQ FINANCIAL,

    Defendant.

_____/

**NOTICE OF MEDIATION**

Plaintiff Cameron Tidwell (the "Plaintiff") hereby advises this Court that mediation has been scheduled for **1:30 PM** on **January 19, 2022,** with Gregory P. Holder for an *in person* mediation.

DATED: December 10, 2021

                                    Respectfully Submitted,

                                    /s/ Thomas J. Patti
                                  **THOMAS J. PATTI, ESQ.**
                                  Florida Bar No.: 118377
                                  E-mail:   tom@jibraellaw.com
                                  The Law Offices of Jibrael S. Hindi
                                  110 SE 6th Street, 17th Floor
                                  Fort Lauderdale, Florida 33301
                                  Phone:   561-542-8550
                                  Fax:       855-529-9540

                                  *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No. 118377